IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EARNEST J. MATTHEWS | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-330 |
| PATRICIA MILLER | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Earnest J. Matthews, an inmate currently confined at the Hightower Unit with the Texas Department of Criminal Justice, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Miller.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Title 28 U.S.C. § 1915(g) prohibits prisoners from repeatedly filing frivolous or malicious complaints. The statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action [*in forma pauperis*] . . . if the prisoner has, on three or more occasions . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff filed a motion to proceed *in forma pauperis* (doc. # 2). Section 1915(g) applies to this action, however, because at least three of Plaintiff's prior lawsuits or appeals have been dismissed as frivolous.[1] As a result, Plaintiff may not bring this action *in forma pauperis* unless he was in imminent danger of serious physical injury at the time he filed this lawsuit. *Banos v. O'Guin*,

---

[1] *Matthews v. White*, Civil Action No. 4:17-CV-3378 (S.D. Tex. April 4, 2018) (failure to state a claim); *Matthews v. Healey, Jr., et al.*, Civil Action No. 4:20-CV-2978 (S.D. Tex. Sept. 11, 2021) frivolous); *Matthews v. Ahmed*, Civil Action No. 1:18-CV-9 (E.D. Tex. Jan. 21, 2021) (failure to state a claim).

144 F.3d 883, 884 (5th Cir. 1998). Plaintiff makes no allegation that he was in imminent danger of serious physical injury. Furthermore, Plaintiff concedes that the subject matter of this complaint has already been litigated. While Plaintiff does not reference a civil action number, an independent review of Pacer reveals Civil Action No. 1:18-CV-9 involved the same complaints against Defendant Patricia Miller. Plaintiff's claims against Defendant Miller were dismissed for failure to state a claim. *Matthews v. Ahmed*, Civil Action No. 1:18-CV-9 (E.D. Tex. Jan. 21, 2021). The present complaint should, alternatively, be dismissed as repetitious and vexatious.

## Recommendation

The above-styled civil action should be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) or, alternatively, as repetitious and vexatious.

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Assoc'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 17th day of August, 2022.

_____
Zack Hawthorn
United States Magistrate Judge